Michael R. Lozeau (State Bar No. 142893)
Richard T. Drury (State Bar No. 163559)
Rebecca L. Davis (State Bar No. 271662)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)
E-mail: michael@lozeaudrury.com
         rebecca@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTSFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTSFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RIVER CITY WASTE RECYCLERS, LLC, a California Limited Liability Company,<br><br>Defendant. | Case No. 2:14-cv-01452-KJM-CKD<br><br>Assigned to Hon. Kimberly J. Mueller<br><br>**DECLARATION OF JIM CRENSHAW IN SUPPORT OF PLAINTIFF CALIFORNIA SPORTSFISHING PROTECTION ALLIANCE'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing: December 18, 2015<br>Time: 10:00 a.m.<br>Courtroom: 3<br>Honorable Judge Kimberly J. Mueller |

I, Jim Crenshaw, declare as follows:

1. I am a member of the California Sportsfishing Protection Alliance ("CSPA"). I make this declaration in support of Plaintiff's Motion for Summary Judgment in the above-captioned matter. I have personal knowledge of the matters set forth herein and if called as a witness, I could and would testify competently thereto.

2. I currently serve as its President of CSPA and am on its Board of Directors. I have been a member of CSPA for more than twenty-nine years.

3. CSPA is a nonprofit, public benefit corporation organized under the laws of the

State of California. The purposes of the organization include promoting the conservation, restoration and enhancement of the State's fishery resources and the aquatic and terrestrial habitats on which these resources depend, promoting the preservation of land and aquatic habitat for scientific, historic, recreational, education, agricultural, scenic or open space opportunities and promoting the social welfare through the protection, enhancement and restoration of the quality of sportfishing in California.

4. CSPA has approximately 2,000 members who use the Sacramento River ("River") and the Sacramento-San Joaquin Delta ("Delta") and its tributaries, for recreational, scientific, educational and conservation purposes, including fishing, boating, kayaking, sailing, wildlife observation, photography, hiking, and aesthetic enjoyment on a continuing and ongoing basis. I joined CSPA and serve on its Board because I believe it also represents my interests in protecting the values and uses of the River and the Delta.

5. CSPA's Board of Directors meets formally approximately four times each year. CSPA's Board and members meet and confer informally about issues important to the organization many other times during the year. CSPA produces a newsletter that is sent to members about once a year.

6. CSPA acts on behalf of its members to protect their interests in using and enjoying the Sacramento River ("River") and the Sacramento-San Joaquin Delta ("Delta") and its tributaries. CSPA communicates with several state and federal agencies, including the California State Water Resources Control Board (State Water Board), Central Valley Regional Water Quality Control Board (Regional Water Quality Board), the California Department of Water Resources, the California Department of Fish & Game, the U.S. Fish & Wildlife Service, and the National Marine Fishery Service. CSPA's activities include providing comments on proposed regulatory actions and gathering and disseminating information regarding the health of the Delta, its tributaries, and fishery resources. For example, CSPA is routinely involved in the review of California Environmental Quality Act and National Environmental Policy Act documents affecting the Delta estuary.

7. CSPA regularly reviews and comments on water rights applications and petitions for water transfers and changes in water rights terms and conditions before the State Water Board.

CSPA has filed more than twenty-five formal "public trust" and "unreasonable use" complaints with the State Water Board against numerous water agencies, including the U.S. Bureau of Reclamation ("U.S. BOR") and DWR. CSPA was also an original plaintiff in the eighteen-year lawsuit against the U.S. BOR and Friant water agencies for drying up the San Joaquin River and depriving the Delta of necessary high quality water. CSPA is a Steering Committee member of the Hydropower Reform Coalition, has filed numerous protests with the Federal Energy Regulatory Commission and been a party to numerous hydropower relicensing proceedings that affect the Bay-Delta ecosystem.

8. CSPA submitted extensive comments and testimony to the State Water Board regarding protection of in-stream resources during the Emergency Drought Hearings and the Bay Delta Hearings (1995, 1999, and 2005) and successfully litigated the State Water Board's D-1641 decision that implemented the 1995 Water Quality Control Plan for the Delta.

9. CSPA participated, as a party of record, in the 2005 State Water Board Cease and Desist Order against DWR and the U.S. BOR for violation of the salinity objective in the South Delta. CSPA's successful lawsuit against the State Water Board for its failure to develop sediment quality objectives for the Delta resulted in the State Water Board allocating more than six million dollars to develop sediment objectives.

10. CSPA regularly comments on virtually every major NPDES wastewater and stormwater permit authorizing discharges of wastewater or stormwater into the Delta and its tributaries.

11. CSPA has submitted comments and testified at workshops and hearings concerning virtually every Total Maximum Daily Load ("TMDL") proposal that has been developed for the Sacramento River, the San Joaquin River, the Delta and major tributary waterways. The organization developed the strategy and organized the coalition that resulted in the first ever regulation of pollutant discharges from irrigated agriculture into the Bay-Delta system.

12. CSPA maintains an enforcement program that seeks out violators of state and federal water quality control and endangered species acts. Where necessary, CSPA initiates legal action to protect its members' interests. Particularly important to furthering the organization's

purposes, is CSPA's efforts to investigate businesses and individuals who CSPA believes may be violating the Federal Water Pollution Control Act ("the Clean Water Act"). If CSPA's investigation provides grounds to believe violations are occurring, members of CSPA's Board of Directors will discuss the option of litigation and possibly direct its attorneys to initiate legal action. Such cases to enforce federal pollution control laws are consistent with CSPA's organizational purposes and a key tool to achieving the pollution control and aquatic habitat restoration goals of the group.

13. The Board of Directors has delegated the authority to initiate legal actions on behalf of CSPA's members in the Sacramento region to me.

14. I have lived in Woodland, California since approximately 1978. I live near and regularly enjoy the area's waterways, including the Sacramento River and the Delta. As a longtime resident of the area and an active user of these waters, I am very concerned about pollutants that upset the natural balance of the ecosystem and destroy its natural beauty. My activities on these waterways include fishing, boating, kayaking, wildlife observation, photography, and appreciation of their beauty. I often enjoy these activities on the waterways downstream from where storm water is ultimately discharged into the Sacramento River from River City Waste Recycler, LLC's ("River City") facility located at 8940 Elder Creek Road, Sacramento, California.

15. As part of a continuing investigation of facilities that discharge pollutants into the Sacramento River, CSPA found that the River City Facility has failed to comply with the terms of the General Permit ("Permit") issued by the Regional Water Quality Board, which sets forth the limits and requirements for River City 's discharges of storm water from the Facility. CSPA found that activities at the Facility result in the exposure of aluminum, copper, lead, total suspended solids, iron, zinc, and other pollutants to rainfall. CSPA also found that the Facility lacked the structural controls and practices to prevent contaminated storm water from being discharged from the Facility. Based on its findings, CSPA concluded that River City had not and has not implemented measures to control the discharge of pollutants in its storm water that meet the Best Available and Best Conventional Treatment Technology standards required by the General Permit.

16. The polluted state of the River and the Delta and its tributaries infringes on my ability to enjoy the River and the Delta. I regularly observe visible pollutants in the water, including trash and oil sheens. I believe that pollution from River City and other dischargers has degraded the beauty and other values of these waters, curtailing the enjoyment and use of them by me and others like me who appreciate the natural environment.

17. In the past, I have fished the waters of the River and the Delta. I do not fish in them any longer because I believe that pollutants in the storm water discharged from River City's facility contribute to the contamination of the fish in the downstream waters that makes them dangerous to eat. I believe that the Delta waters and the fish and other wildlife that live in the water would be healthier, cleaner and safer if River City and other dischargers stopped discharging unauthorized pollutants in storm water from their facilities.

18. If River City ceased discharging pollutants in storm water in violation of its Permit, the water of the Sacramento River and the Delta would be incrementally cleaner and healthier for these species and my opportunities to enjoy them would be enhanced.

19. I believe that reducing pollution from River City's facility will incrementally improve the water quality of the water in the Sacramento River and the Delta. A healthier river will benefit the aquatic communities, native birds and plants that rely on it, and provide more opportunities for me and others who love this area to fish, observe wildlife, and recreate on the Sacramento River, the Delta and its tributaries.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 20, 2015 in Woodland, California.

_____
Jim Crenshaw