Michael R. Lozeau (State Bar No. 142893)
Richard T. Drury (State Bar No. 163559)
Rebecca L. Davis (State Bar No. 271662)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)
E-mail: michael@lozeaudrury.com
        rebecca@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>        Plaintiff,<br>vs.<br><br>RIVER CITY WASTE RECYCLERS, LLC, a California Limited Liability Company,<br><br>        Defendant. | Case No. 2:14-cv-01452-KJM-CKD<br><br>Assigned to Hon. Kimberly J. Mueller<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PRETRIAL AND TRIAL SCHEDULE**<br><br>Courtroom: 3<br>Honorable Judge Kimberly J. Mueller |

      The following Stipulation and [Proposed] Order Extending Pretrial and Trial Schedule is entered into by and among plaintiff California Sportfishing Protection Alliance ("Plaintiff") and defendant River City Waste Recyclers, LLC ("Defendant") (collectively, the "Parties").

      *WHEREAS*, Plaintiff filed a Motion for Partial Summary Judgment on November 20, 2015, and a Hearing on Plaintiff's Motion for Partial Summary Judgment was held on January 29, 2016.

      *WHEREAS*, Hon. Judge Mueller has taken Plaintiff's Motion for Partial Summary Judgment under submission, and the Parties are awaiting a ruling.

      *WHEREAS*, pretrial and trial deadlines are approaching, with a Joint Pretrial Conference

1 Statement due on May 25, 2016.

2 *WHEREAS*, the Parties seek additional time to prepare for pretrial and trail deadlines, given

3 the pending ruling on Plaintiff's Motion for Partial Summary Judgment.

4 *THEREFORE*, the Parties hereby stipulate to and request the Court grant a three-month

5 extension of the current pretrial and trial deadlines, adopting the following schedule:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Joint Pretrial Conference Statement | May 25, 2016 | August 16, 2016 |
| Final Pretrial Conference | June 17, 2016 | September 8, 2016 |
| Trial Briefs | July 12, 2016 | October 3, 2016 |
| Trial | August 15, 2016 | November 15, 2016 |

Dated: April 21, 2016                              Respectfully submitted,

                                                   LOZEAU DRURY LLP

                                     By:    /s/ Rebecca L. Davis
                                            Rebecca L. Davis
                                            Attorneys for Plaintiff
                                            CALIFORNIA SPORTFISHING PROTECTION
                                            ALLIANCE

Dated: April 21, 2016

                                     By:    /s/ Mark Pruner
                                            Mark A. Pruner
                                            Attorney for Defendant
                                            River City Waste Recyclers, LLC

                                            ORDER

The court adopts the following schedule:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Joint Pretrial Conference Statement | May 25, 2016 | August 19, 2016 |
| Final Pretrial Conference | June 17, 2016 | September 9, 2016 |
| Trial Briefs | July 12, 2016 | October 31, 2016 |
| Trial | August 15, 2016 | November 14, 2016 |

1 | IT IS SO ORDERED

2 | Dated: May 18, 2016

```
_____
UNITED STATES DISTRICT JUDGE
```