

September 20, 2016                                               Via ECF System

Honorable Kimberly J. Mueller
United States District Court Judge
Courtroom 3
501 I Street, Room 4-200
Sacramento, CA 95814

Re:   Request for Publication of Recent Order in *California Sportfishing Protection Alliance v. River City Waste Recyclers, LLC*, Case No. 2:14-cv-01452-KJM-CKD

Dear Judge Mueller,

  I am writing to request that the Court designate for publication in the official West Reporter System the recent order granting in part and denying in part summary judgment in the above-captioned case. The opinion was filed on September 6, 2016 and involves the Court's review, pursuant to the federal Clean Water Act, 33 U.S.C. §1251, *et seq.*, of the California General Industrial Storm Water Permit and liability of a metal recycling and scrap facility.

  Plaintiff CSPA believes it is appropriate for the Court to designate the opinion for formal publication. Numerous lawsuits are filed each year under the Clean Water Act, many enforcing the Clean Water Act's storm water pollution control provisions. However, because most of the cases settle, very few cases get to judgment on the liability phase. As is evident from Plaintiffs' briefs in support of their motion for summary judgment, we count only five decisions in California in the last 18 years addressing liability of dischargers under California's general storm water permit. Only two of those decisions (from the Central District) are published in the formal Court reports. None of those five decisions address the most recent storm water permit issued by California in 2015.

  The issues addressed in the Court's September 6, 2016 decision involve a complex regulatory scheme and a matter of public importance. Publication of the decision would be helpful to the thousands of facilities that are governed by the general storm water permit as well

///

///

as the many attorneys and judges either advising clients, bringing citizen enforcement actions, or presiding over such cases.

  Thank you for your consideration of this request.

  Sincerely,

  /s/ *Michael R. Lozeau*

  Michael R. Lozeau
  Lozeau Drury LLP
  Counsel for Plaintiff California Sportfishing Protection Alliance