# Law Office of
# MARK A. PRUNER

*Mark A. Pruner*
*Attorney at Law*

*1206 "Q" Street, Suite 1*
*Sacramento, California 95811*

Facsimile
(916) 447-9661
Email
mpruner@prunerlaw.com

Telephone: (916) 447-1121

October 4, 2016

**Via ECF System**

HONORABLE KIMBERLY J. MUELLER
United States District Judge
Courtroom 3
501 I Street, Room 4-200
Sacramento, CA 95814

    Re:    *California Sportfishing Protection Alliance v. River City Waste Recyclers, LLC*
            United States District Court, Eastern District of California
            Court Case No.: 2:14-cv-01452 KJM-CKD

**Opposition to Request for Publication of September 6, 2016 Order**

Dear Judge Mueller:

    Plaintiff California Sportfishing Protection Alliance ("**CSPA**") has written you requesting publication of the Court's September 6, 2016 Order which granted in part, and denied in part, plaintiff's motion for partial summary judgment under the federal Clean Water Act (the "**Order**").

    Defendant River City Waste Recyclers, LLC ("**River City**") opposes this request.

    Circuit Rules 36-2 and 36-4, Federal Rules of Appellate Procedure, Ninth Circuit Rules, provide guidance on this matter.

    Circuit Rule 36-2, Criteria for Publication, states:

"A written, reasoned disposition shall be designated as an OPINON if it:
(a) Establishes, alters, modifies or clarifies a rule of federal law, or
(b) Calls attention to a rule of law that appears to have been generally overlooked, or
(c) Criticizes existing law,
(d) Involves a legal or factual issue of unique interest or substantial public importance, or
(e) Is a disposition of a case in which there is a published opinion by a lower court or administrative agency, unless the panel determines that publication is unnecessary for clarifying the panel's disposition of the case, or
(f) Is a disposition of a case following a reversal or remand by the United States Supreme Court, or

HONORABLE KIMBERLY J. MUELLER
United States District Judge
Courtroom 3
October 4, 2016
Page 2 of 3

---

    (g) Is accompanied by a separate concurring or dissenting expression, and the author of such separate expression requests publication of the disposition of the Court and the separate expression. *(Rev. 1/1/12)*"

Circuit Rule 36-4, Request for Publication, states:

"Publication of any unpublished disposition may be requested by letter addressed to the Clerk, stating concisely the reasons for publication. Such a request will not be entertained unless received within 60 days of the issuance of this Court's disposition. A copy of the request for publication must be served on the parties to the case. The parties will have 14 days from the date of service to notify the Court of any objections they may have to the publication of the disposition. If such a request is granted, the unpublished disposition will be redesignated an opinion. *(Rev. 12/1/09)*"

Applying the Court's Order to the Circuit Rules cited above, River City argues that the Order does **not**:

A. Establish, alter, modify or clarify a rule of federal law (C.R. 36-2(a)). River City argues that the Order applies the normal rules of fact finding to specific criteria in the SWPPP law.
B. Call attention to a rule of law that appears to have been generally overlooked (C.R. 36-2(b)). River City argues that the Order does not fall within these criteria.
C. Criticize existing law (C.R. 36-2(c)). The Order does not criticize existing law.
D. Involve a legal or factual issue of unique interest or substantial public importance (C.R. 36-2(d)). River City argues that the issues decided and analysis applied by the Court were in the nature of normal judicial determinations. No new Clean Water Act determinations were cited by CSPA in support of the use of this criteria for publication.
E. A disposition of a case in which there is a publish opinion by a lower court (C.R. 36-2(e)).
F. A disposition of a case following a reversal or remand by the United States Supreme Court (C.R. 36-2(f)).
G. Accompanied by a separate concurring or dissenting express or similar (C.R. 36-2(g)).

Based on the foregoing analysis, River City requests that the Court not certify the Order for publication.

HONORABLE KIMBERLY J. MUELLER
United States District Judge
Courtroom 3
October 4, 2016
Page 3 of 3

-------------------------------------------------------

        Thank you for your consideration.

                                              Very truly yours,

                                              MARK A. PRUNER

MAP:m
cc: Michael R. Lozeau, Esq; Rebecca L. Davis, Esq.